

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298


Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

March 2, 2021

> This application is GRANTED.  The initial pretrial conference is **adjourned to April 8, 2021, at 10:50 a.m.**  The timing of the conference is approximate, but the parties shall be ready to proceed at that time.  The conference will be telephonic and will be held on the following conference line:  (888) 363-4749, access code 558-3333.  The parties' joint letter and proposed case management plan are due at least seven days before the conference, or by **April 1, 2021**.
>
> Dated:  March 3, 2021
>            New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

VIA ECF

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:      *Desrosiers v. Securitas Security Services USA, Inc.*, No. 1:21-cv-00752-LGS

Dear Judge Schofield:

This firm represents Securitas Security Services USA, Inc. ("Defendant") in the above-referenced matter.  Pursuant to Section I.B.2. of Your Honor's Individual Rules of Practice in Civil Cases, Defendant hereby requests an adjournment of the teleconference currently scheduled for April 1, 2021 at 10:50 a.m. (*see* DKT 6).  Defendant additionally requests a corresponding adjournment of the deadlines set in Your Honor's Order dated February 16, 2021, scheduling said teleconference.  The parties propose the teleconference be re-scheduled to a time at your Honor's convenience on April 6, April 7 or April 8, or any other date and time when Your Honor is available.

Defendant seeks an adjournment of this teleconference because the undersigned counsel is already scheduled to appear at a Final Pretrial Conference on April 1, 2021 at 11:00am in the matter captioned *Won v. Amazon.com Services, Inc.*, No. 1:20-cv-02811-NGG-RER (United States District Court, Eastern District of New York).  Defendant has not previously requested an adjournment of this teleconference, and Plaintiff consents to Defendant's request.

Respectfully submitted,

*/s Eli Z. Freedberg*

Eli Z. Freedberg
Shareholder

EZF/prp