

Alfons D'Auria

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 917.594.5561
Fax: 212.444.1030
alfons@lipskylowe.com

www.lipskylowe.com

May 17, 2021

VIA ECF
The Honorable Lorna G. Schofield, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Desrosiers v. Securitas Security Services USA, Inc.
              1:21-cv-00752 (LGS)

Dear Judge Schofield:

    This firm represents Plaintiff in the above-referenced action asserting retaliation claims. We submit this letter on behalf of all parties to advise the Court that the parties have reached an agreement in principle to amicably resolve the matter. Accordingly, the parties respectfully request all existing case deadlines and court conferences be adjourned *sine die*. The parties additionally request thirty (30) days within which to finalize the settlement agreement and file a stipulation of dismissal with prejudice

    We thank the Court for its attention to this matter, and remain available to provide any additional information.

                            Respectfully submitted,
                            LIPSKY LOWE LLP


                            s/ Alfons D'Auria
                            Alfons D'Auria

    CC:    All counsel of record (Via ECF)

The parties' request is GRANTED. All pending deadlines and court conferences are **adjourned sine die**. By **June 17, 2021**, the parties shall submit: (i) the settlement agreement to the Court and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).

Dated: May 18, 2021
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE