UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JOSEPH DESROSIERS,
                        Plaintiff,

            -against-

SECURITAS SECURITY SERVICES USA, INC.,

                        Defendant.
------------------------------------------------------------- X

21 Civ. 752 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 14, 2021, Plaintiff filed a joint letter along with his settlement agreement and attorney billing details (Dkt. No. 29), in this action arising under the Fair Labor Standards Act. It is hereby

    **ORDERED** that the settlement agreement, is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiff's claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied.*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors for determining whether proposed settlement is fair and reasonable). It is further

    **ORDERED** that Plaintiff's counsel's request for $3,333.34 in attorneys' fees and costs is GRANTED. The remainder of the settlement shall be distributed to Plaintiff.

    The Clerk of Court is respectfully directed to close this case.

Dated: July 19, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE